### (April 25, 1977)

■ In the Matter of the Estate of BERNARD DAY, Deceased. LAWRENCE

DAY, as Executor of BERNARD DAY, Deceased, et al., Respondents; ROBERT ABELS, Appellant.—Decree, Surrogate's Court, New York County, entered on October 25, 1976, unanimously affirmed for the reasons stated by Di Falco, S., without costs and without disbursements. Concur—Kupferman, J. P., Birns, Markewich and Lynch, JJ.